

**FITAPELLI &  
SCHAFFER**  
— ATTORNEYS AT LAW —

28 Liberty Street, 30th Floor • New York, NY 10005  
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

July 2, 2026

**VIA CM/ECF**  
Hon. Jessica G.L. Clarke, U.S.D.J.  
U.S. District Court for the  
Southern District of New York  
300 Quarropas Street  
Courtroom 320  
White Plains, New York 10601



Re:    *Tooker v. Know Ink LLC* – No. 7:26-cv-01267 (JGLC)

Dear Judge Clarke:

We represent the Plaintiff in the above reference matter. We write jointly with Defendant to respectfully request a short extension of time to hold the Rule 26(f) meeting and file a proposed Case Management Plan from its current deadline of July 7, 2026 to July 15, 2026. The Parties held the Court-ordered mediation on June 23, 2026. The case resulted in a mediator's proposal with a response deadline of June 26, 2026. It was discovered earlier this week that the proposal was inadvertently not communicated to Defendant. The mediator provided his proposal to Defendant yesterday for their consideration. Thus, this extension of time is to allow Defendant to consider the mediator's proposal and provide for additional time for the Parties to meet and confer on the proposed CMP in the event the case is not resolved.

This is the first request for an extension of time for this request. There are presently no scheduled appearances before the Court in this matter.

We thank the Court for its time and consideration of our request.

Sincerely,

/s/ Armando A. Ortiz  
Armando A. Ortiz

CC:    Counsel for Defendant (via CM/ECF)

Application GRANTED. The Court HEREBY EXTENDS the parties' deadline to submit the joint letter and proposed Case Management Plan and Scheduling Order described in ECF No. 13 to July 15, 2026. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge  
Dated: July 2, 2026  
    White Plains, New York