FITAPELLI & SCHAFFER
ATTORNEYS AT LAW

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

August 17, 2026

**VIA CM/ECF**
Hon. Jessica G.L. Clarke, U.S.D.J.
U.S. District Court for the
Southern District of New York
300 Quarropas Street
Courtroom 320
White Plains, New York 10601

**MEMO ENDORSED**

Re: *Tooker v. Know Ink LLC* – No. 7:26-cv-01267 (JGLC)

Dear Judge Clarke:

We represent the Plaintiff in the above reference matter. We write regarding the August 17, 2026 deadline to reopen the case in the event settlement is not consummated (ECF No. 19). The Parties have finalized the paperwork for a settlement via a Rule 68 offer of judgment and are awaiting signatures. As a result, Plaintiff respectfully requests that the case remain in the same administrative state for an additional 14-days so that the Parties may file the appropriate dismissal papers to close the case fully.

This is the first extension of time request and there are no upcoming court appearances. Defendant consents to this request.

We thank the Court for its time and consideration of our request.

Sincerely,

/s/ Armando A. Ortiz
Armando A. Ortiz

CC:
Counsel for Defendant (via CM/ECF)

Application GRANTED. The August 17, 2026 deadline to reopen the case in the event of settlement, as stated at ECF No. 19, is hereby extended to September 1, 2026.
SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: August 18, 2026
White Plains, New York