**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JARED TOOKER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>**-against-**<br><br>**KNOW INK LLC,**<br><br>**Defendant.** | **Case No. 7:26-cv-01267 (JGLC)** |

## ~~[PROPOSED]~~ RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Know Ink LLC offered to allow Plaintiff Jared Tooker ("Plaintiff") to take a judgment against it in the sum of Eighty Thousand Dollars and Zero Cents ($80,000.00), inclusive of costs and attorneys' fees with respect to Plaintiff's individual claims under the Fair Labor Standards Act and the New York Labor Law in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 26, 2026 and the acceptance of said offer of judgment filed by Plaintiff on September 1, 2026 (ECF No. 23).

This Judgment shall not be construed as an admission of liability or wrongdoing by Defendants. This Judgment resolves only Plaintiff's individual claims and damages under the Fair Labor Standards Act and the New York Labor Law and does not adjudicate, release, or otherwise affect any putative class or collective claims asserted in the Complaint.

It is **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jared Tooker in the sum of Eighty Thousand Dollars and Zero Cents ($80,000). The Court retains jurisdiction to enforce this Judgment.

**SO ORDERED.**

Jessica Clarke

Dated: September 3, 2026
White Plains, New York

JESSICA G. L. CLARKE
United States District Judge